**Order entered April 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01246-CR

**ALEXANDER JAMES GABRIEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81517-10**

## ORDER

The Court **REINSTATES** the appeal.

On March 26, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On April 9, 2014, we received appellant's brief and on April 18, 2014, counsel file a motion to extend time to file the brief. Therefore, in the interest of expediting the appeal, we **VACATE** the March 26, 2014 order requiring findings.

We **GRANT** the April 18, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     DAVID EVANS
            JUSTICE